UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

BRUCE PARKER,

        Plaintiff,                  Case No. 2:23-cv-213

v.                                    Honorable Paul L. Maloney

STEPHEN MIEKO et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  December 20, 2023                /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge